IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON RAY DAILEY,

    Petitioner,                   No. CIV S-06-0346 LKK GGH P

    vs.

TOM CAREY, Warden, et al.,

    Respondents               <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's March 29, 2006 motion for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee.

DATED: 4/10/06

                /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
dail0346.111