IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON RAY DAILEY,

          Petitioner,              No. CIV S-06-0346 LKK GGH P

    vs.

TOM CAREY, et al.,

          Respondents.        ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 27, 2006, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's July 27, 2006, motion to dismiss should not be granted.

DATED:   9/13/06

                     /s/ Gregory G. Hollows

                     _____

                     UNITED STATES MAGISTRATE JUDGE

GGH:035 - dail0346.46

1